CONRAD J. NILSSON, PETITIONER-PETITIONER, v. TECH ART PLASTICS, INC., RESPONDENT-RESPONDENT.

*Mr. Aaron Gordon* for the petitioner.

*Mr. Edward B. Meredith* for the respondent.

October 5, 1959.   Denied.